**STATE of Missouri, Respondent,**

v.

**Donna M. HUGHES, Appellant.**

**No. WD 36400.**

Missouri Court of Appeals, Western District.

July 2, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Aug. 27, 1985.

Application to Transfer Denied Oct. 16, 1985.

Sean D. O'Brien, Kansas City, for appellant.

Robert Frager, Asst. Pros. Atty., Kansas City, for respondent.

Before BERREY, P.J., and DIXON and KENNEDY, JJ.

ORDER

PER CURIAM.

Appeal from jury trial conviction for prostitution, section 567.020, RSMo 1978, and sentence of ninety days confinement in county jail.

Affirmed. Rule 30.25(b).